```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 04 B 20692
   RHONDA SOBERS
                                            CHAPTER 13

                                            JUDGE: SUSAN PIERSON SONDERBY
         Debtor
   SSN XXX-XX-0562


-------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     The case was filed on 05/27/2004 and was confirmed 08/12/2004.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was paid in full 12/20/2007.
-------------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                              PAID           PAID
-------------------------------------------------------------------------------
STATE FARM BANK          SECURED                 .00           .00             .00
CAPITAL ONE BANK         UNSECURED           5505.03           .00          550.50
CARSON PIRIE SCOTT       UNSECURED            268.99           .00           26.90
CINGULAR WIRELESS        UNSECURED            378.03           .00           37.80
STATE FARM BANK          UNSECURED         NOT FILED           .00             .00
ROBERT J SEMRAD & ASSOC  DEBTOR ATTY        2,255.20                       2,255.20
TOM VAUGHN               TRUSTEE                                             161.49
DEBTOR REFUND            REFUND                                              118.11

          Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                          RECEIPTS               DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                    3,150.00

PRIORITY                                                  .00
SECURED                                                   .00
UNSECURED                                              615.20
ADMINISTRATIVE                                       2,255.20
TRUSTEE COMPENSATION                                   161.49
DEBTOR REFUND                                          118.11
                          --------------          --------------
TOTALS                     3,150.00                  3,150.00
```

          PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 04 B 20692 RHONDA SOBERS

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

|  |  |
|---|---|
| Dated: 03/27/08 | /s/ Tom Vaughn<br>_____<br>TOM VAUGHN<br>CHAPTER 13 TRUSTEE |